UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cr-00181 KJM |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CLINTON ALLEN CAVANAGH, | |
| Defendant. | |

In a minute order filed by the court on June 7, 2018, the status conference set for the above case was advanced to June 11, 2018. On June 11, there was no appearance by counsel for defendant Clinton Allen Cavanagh at the status conference.

Accordingly, defendant's counsel Ronald James Peters is ordered to show cause within seven (7) days why he should not be sanctioned in the amount of $250.00 for failing to appear at the status conference.

DATED: June 13, 2018.

_____
UNITED STATES DISTRICT JUDGE

1